**Electronically Filed
Supreme Court
SCWC-11-0001051
17-JUN-2014
01:44 PM**

SCWC-11-0001051

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

STANLEY CANOSA,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0001051; CR. NO. 09-1-1524)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Stanley Canosa's

Application for Writ of Certiorari, filed on May 6, 2014, is

hereby rejected.[1]

DATED: Honolulu, Hawaiʻi, June 17, 2014.

Emmanuel V. Tipon                    /s/ Mark E. Recktenwald
for petitioner

                                     /s/ Paula A. Nakayama
Sonja P. McCullen
for respondent                       /s/ Sabrina S. McKenna

                                     /s/ Richard W. Pollack

                                     /s/ Michael D. Wilson



---

[1]     Upon retrial, the trial court may consider the appropriateness of an "inference" instruction. See State v. Steger, 114 Hawaiʻi 162, 171 n.18, 158 P.3d 280, 289 n.18 (2006); State v. Matafeo, 71 Haw. 183, 189, 787 P.2d 671, 674 (1990) (Wakatsuki, J., concurring); Arizona v. Youngblood, 488 U.S. 51, 59-60 (1988) (Stevens, J., concurring).